UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 08-14219-CIV-GRAHAM/WHITE

**CLOSED CIVIL CASE**

TERRELL T. BROWN

    Petitioner,

vs.

BILL MCCOLLUM,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Petitioner Terrell T. Brown's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 2]. The Magistrate Judge issued a Report recommending that the Petition be dismissed as a successive petition pursuant to 28 U.S.C. §2244 [D.E. 3]. The Petitioner has filed objections to the Magistrate Judge's Report [D.E. 4].

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises.

In its Objections, the Petitioner asserts that the Magistrate Judge's Report is in error as the Petitioner could not have filed the instant Petition prior to the exhaustion of his state court remedies, including his post conviction motion alleging ineffective

assistance of counsel. However, as correctly noted by the Magistrate Judge, as the Petitioner had previously filed a petition for writ of habeas corpus, then pursuant to 28 U.S.C. §2244(b)(3)(A), Petitioner had to apply to the United States Eleventh Circuit Court of Appeals for authorization to file a second petition, prior to filing an application in this Court. Thus, the Magistrate Judge properly concluded that the Petitioner's successive petition was due to be dismissed.
Accordingly, it is

    **ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety [D.E. 3]. In addition, it is

    **ORDERED AND ADJUDGED** that Petitioner Terrell T. Brown's Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2254 is **DENIED**. It is further

    **ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending Motions are **DENIED** as Moot.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of July, 2008.

                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Terrell T. Brown, pro se
    Counsel of Record